

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

April 19, 2023

**VIA ECF**

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5B
Newark, New Jersey 07102

**ORDER**

Re:   *Joseph Riotto v. Fay Servicing, LLC, et al.,*
        Case No.: 2:22-cv-07458-CCC-AME

Dear Judge Cecchi:

I write on behalf of Defendant Fay Servicing, LLC ("Defendant"), and with the consent of Plaintiff Joseph Riotto ("Plaintiff"), to request an adjournment of Defendants' motion to dismiss Plaintiff's complaint (Dkt. No. 11) to May 15, 2023. Defendants' motion date is currently May 1, 2023. This motion was once previously adjourned pursuant to Local Rule 7.1(d)(5).

Should the court have any questions, please let me know.

Respectfully submitted,

*s/ Joseph N. Froehlich*

Joseph N. Froehlich

CC:
Adam Deutsch, Esq. via ECF and FCM
Northeast Law Group
P.O. Box 60717
Longmeadow, MA 01106
Counsel for Plaintiff Joseph Riotto

**SO ORDERED** on this 21st day of April, 2023.

  */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

132753959v.1