

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

July 17, 2023

**VIA ECF**     ORDER

The Honorable Judge Andre M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2D
Newark, New Jersey 07102

    Re:    *Joseph Riotto v. Fay Servicing, LLC, et al.,*
            Case No.: 2:22-cv-07458-MEF-AME

Dear Judge Espinosa:

    I write on behalf of Defendant Fay Servicing, LLC ("Defendant"), and with the consent of counsel for Plaintiff Joseph Riotto ("Plaintiff"), to request an adjournment of the Rule 16 Conference currently scheduled for July 21 at 10:30 A.M.  As counsel for Defendant, a conflict has suddenly developed for that date.  Additionally, Defendant would respectfully request an adjournment because the Defendant's motion to dismiss (Docket No. 11) is pending.  Defendant respectfully submits that the conference be adjourned at least 30 days in the interest of judicial economy to give the Court an opportunity to rule on the motion to dismiss.  This is the parties' first request to adjourn the Rule 16 Conference.

    Should the Court have any questions, please let me know.

                                         Respectfully submitted,

                                         *s/ Joseph N. Froehlich*

                                         Joseph N. Froehlich

CC:
Adam Deutsch, Esq. via ECF
Northeast Law Group
P.O. Box 60717
Longmeadow, MA 01106
Counsel for Plaintiff Joseph Riotto

Rule 16 conference is adjourned until August 18, 2021 at 10:00 using the same dial in and access code in DE[13]

7/18/2023     S/ANDRÉ M. ESPINOSA
                ANDRÉ M. ESPINOSA, USMJ

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

133903668v.1